THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ALISON STAMPS                                                                      PLAINTIFF

vs.                                                            CIVIL ACTION NO. 1:22-CV-90-SA-RP

OLSHAN FOUNDATION REPAIR
COMPANY OF JACKSON, LLC                                                            DEFENDANT

AGREED ORDER STAYING CASE AND ORDERING ARBITRATION

The Court, having been advised that the parties have agreed to resolve all disputes at issue

in this litigation through arbitration, hereby ORDERS as follows:

(1)      this case is stayed pending arbitration;

(2)      arbitration shall be conducted in accordance with the arbitration agreement set forth

in the terms of the parties' contract or as otherwise agreed by the parties; and

(3)      the arbitrator's written decision will be presented to the Court, and judgment setting

forth that decision filed with the clerk by the Court.

SO ORDERED AND ADJUDGED, this the 10th day of August, 2022.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE

AGREED TO BY:

/s/Charles E. Winfield
Charles E. Winfield
ATTORNEY FOR PLAINTIFF

/s/ Richard M. Dye
RICHARD M. DYE
ATTORNEY FOR DEFENDANT

1